BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP    BDFTE#7888449
4004 BELT LINE ROAD, SUITE 100
ADDISON, TX 75001
(972) 386-5040

Attorney for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | § | CASE NO. 18-65230-LRC |
|---|---|---|
| | § | |
| DEBORAH ELAINE KINSEY, | § | |
| Debtor | § | CHAPTER 13 |
| | § | |
| | § | CONTESTED MATTER |

### OBJECTION TO CONFIRMATION

COMES NOW JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (hereinafter "Creditor"), a secured creditor holding a Security Deed on Real Property commonly known as 277 WHITNEY LN, MCDONOUGH, GEORGIA 30253, and for the reasons stated below files its "Objection to Confirmation":

1.

Creditor has not yet filed its Proof of Claim but anticipates filing a claim with arrears in the estimated amount of $687.06.

2.

Debtor has failed to satisfy Creditor's Proof of Claim pursuant to the terms of the Note and Security Deed by failing to provide for payment of the arrearage claim in the Chapter 13 Plan. The Plan does not provide for payment of Creditor's allowed secured claim.

3.

The plan fails to timely cure the default reflected in the Proof of Claim as required in 11 U.S.C. § 1322 (b)(5).

4.

Creditor reserves the right to amend and/or supplement its Objection at or prior to any hearing on confirmation of the Plan.

WHEREFORE, Creditor prays for reasonable attorney's fees and for such other and further relief as is just and equitable.


Respectfully submitted,


BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ Brandi R. Lesesne
BRANDI R. LESESNE
GA NO. 141970
4004 BELT LINE ROAD SUITE 100
ADDISON, TX 75001
Telephone: (972) 386-5040
E-mail: GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

## **CERTIFICATE OF SERVICE**

    I hereby certify than on October 15, 2018, a true and correct copy of the Objection to Confirmation was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

    Respectfully submitted,

    BARRETT DAFFIN FRAPPIER
    TURNER & ENGEL, LLP


    BY: /s/ Brandi R. Lesesne
    BRANDI R. LESESNE
    GA NO. 141970
    4004 BELT LINE ROAD SUITE 100
    ADDISON, TX 75001
    Telephone: (972) 386-5040
    E-mail: GA.ND.ECF@BDFGROUP.COM
    ATTORNEY FOR CREDITOR

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:

DEBTOR:
Deborah Elaine Kinsey
277 Whitney Lane
McDonough, GA 30253

DEBTOR'S ATTORNEY:
E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

TRUSTEE:
Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303