**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: <br> DEBORAH ELAINE KINSEY <br><br> Debtor(s) | Case No. 18-65230-LRC |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Melissa J. Davey, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/11/2018.

2) The plan was confirmed on 02/06/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/23/2023.

5) The case was completed on 08/04/2023.

6) Number of months from filing to last payment: 59.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $105,950.00.

10) Amount of unsecured claims discharged without payment: $2,758.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $67,785.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$67,785.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,512.62 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$9,012.62** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ATLANTA POSTAL CREDIT UNION | Unsecured | NA | 7,742.58 | 7,742.58 | 7,742.58 | 0.00 |
| CITIBANK NORTH AMERICA | Unsecured | 2,758.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK, N.A. | Unsecured | 11,283.00 | 11,283.40 | 11,283.40 | 11,283.40 | 0.00 |
| Comenity Bank/Lane Bryant | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Community Association Management, LL | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| DELTA COMMUNITY CREDIT UNION | Unsecured | 8,169.00 | 8,175.36 | 8,175.36 | 8,175.36 | 0.00 |
| Ford Motor Credit Company, LLC | Secured | 19,105.00 | 19,165.05 | 19,165.05 | 0.00 | 0.00 |
| FULTON COUNTY PROPERTY TAXES | Secured | 3,466.00 | NA | NA | 0.00 | 0.00 |
| Georgia Department of Revenue | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| IRS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK, NATIONA | Secured | 688.00 | 709.16 | 709.16 | 709.16 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,600.00 | 1,559.13 | 1,559.13 | 1,559.13 | 0.00 |
| Portfolio Recovery Associates, LLC | Unsecured | 483.00 | 483.52 | 483.52 | 483.52 | 0.00 |
| Portfolio Recovery Associates, LLC | Unsecured | 266.00 | 266.77 | 266.77 | 266.77 | 0.00 |
| SUNTRUST BANK | Unsecured | 28,219.00 | 28,552.46 | 28,552.46 | 28,552.46 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $709.16 | $709.16 | $0.00 |
| Debt Secured by Vehicle | $19,165.05 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$19,874.21** | **$709.16** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$58,063.22** | **$58,063.22** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $9,012.62 |
| Disbursements to Creditors | $58,772.38 |
| **TOTAL DISBURSEMENTS :** | **$67,785.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/17/2024          By: /s/ Melissa J. Davey
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CHAPTER 13

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-65230-LRC |
| DEBORAH ELAINE KINSEY | ) | |
| | ) | |
| | ) | |
| DEBTOR | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the January 17, 2024, I electronically filed the foregoing Chapter 13 Trustee's Final Report and Account with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

DEBTOR(S):
DEBORAH ELAINE KINSEY
277 WHITNEY LANE
MCDONOUGH, GA  30253

Dated:  01/17/2024

/s/ Melissa J. Davey
Melissa J. Davey, Chapter 13 Trustee
State Bar No. 206310
Standing Chapter 13 Trustee
233 PEACHTREE STREET NE
SUITE 2250
Atlanta, GA  30303
(678)510-1444

**UST Form 101-13-FR-S (9/1/2009)**